399

No. 43244.—Protests 939626–G, etc., of Henry W. Peabody & Co. (San Francisco).

Opinion by TILSON, J. The evidence showed that the merchandise is over 30 inches in width and not Jacquard figured. The claim at 55 percent under paragraph 1205 was therefore sustained.

No. 43245.—Protests 953907–G, etc., of C. R. Bard, Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that certain items consist of catheters and similar articles in chief value of synthetic gum, the same as those passed upon in Bard v. United States (T. D. 49189) and id. (C. D. 134), and held dutiable at 20 percent under paragraph 1558, and that other items are catheters and similar articles in chief value of metal dutiable at 45 percent under paragraph 397. The protests were accordingly sustained.

No. 43246.—Protests 783448–G, etc., of Joseph Gluck & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 20, 1940

No. 43247.—Protest 958830–G of Greenberg & Josefsberg (New York).

Opinion by KINCHELOE, J. It was stipulated that the coverings in question are usual containers similar to those the subject of Abstract 39013. The protest was therefore sustained.

No. 43248.—Protests 746948–G, etc., of Mitsui & Co., Ltd., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

FEBRUARY 14, 1940

No. 43249.—Protest 980368–G of F. L. Lewi, Inc. Abstract 43139. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 21, 1940

No. 43250.—Protests 979565–G, etc., of S. S. Kresge Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of wood cabinets similar to those involved in Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.